USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN KRAFT,

                Plaintiff,

-v-

SILVERTON MARINE CORPORTATION and
STATEN ISLAND BOAT SALES, INC.,

                Defendants.

No. 09 Civ. 4157 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a conference in this matter on July 30, 2009. For the reasons stated on the record, and based on the parties' consent, IT IS HEREBY ORDERED THAT Plaintiff's claim under the New Jersey Consumer Fraud Act is dismissed with prejudice pursuant to Rule 41(a)(2).

    IT IS FURTHER ORDERED THAT discovery is stayed and Plaintiff is granted permission to file an amended pleading. Accordingly, the Court hereby adopts the following schedule:

> By August 14, 2009, Plaintiff shall file and serve the proposed amended complaint discussed at the July 30, 2009 conference.

> By August 31, 2009, Defendants shall either: (1) submit pre-motion letters regarding any contemplated motions, or (2) jointly submit a letter indicating that no motions are contemplated and that they wish to proceed with discovery.

Upon receipt of the parties' submissions, the Court will set further deadlines as appropriate.

SO ORDERED.

Dated:    July 30, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAN HASSENFRATZ,
AS EXECUTRIX OF THE ESTATE OF
KARL HASSNFRATZ AND MARIAN
HASSENFRATZ, INDIVIDUALLY,

                   Plaintiff,

-v-

COMPREHENSIVE HEALTH SERVICE, INC,

                  Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

No. 09 Civ. 04707 (RJS)(RLE)
**REFERRAL ORDER**

**RICHARD J. SULLIVAN**, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__X__ Settlement- The parties should contact MJ Ellis by November 15, 2009.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

*Do not check if already referred for general pretrial.
**SO ORDERED.**

DATED: July 30, 2009
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE